**Dismissed and Memorandum Opinion filed August 23, 2016.**



In The

# Fourteenth Court of Appeals

### NO. 14-16-00073-CV

## IN THE MATTER OF THE MARRIAGE OF FAYESHA JANEEN LOUISE JONES AND CHARLES DARNELL JONES

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 15-FD-2661**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 22, 2015. The clerk's record was filed April 20, 2016. No reporter's record or brief was filed.

On June 16, 2016, this court issued an order stating that unless appellant submitted a brief on or before July 18, 2016, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.